458 A.2d 533

**In re B.C.G.**

**Appeal of T.R.G.**

Supreme Court of Pennsylvania.

Submitted March 7, 1983.

Decided April 21, 1983.

---

1. Mr. Justice Nix in his dissenting opinion, lists appellants' previous actions.

James K. Angell, Deborah W. Babcox, Smethport, for appellant.

Richard Mutzabaugh, Mutzabaugh, Mutzabaugh & Saunders, Bradford, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The decree of the Court of Common Pleas of McKean County terminating the parental rights of appellant T.R.G. to B.C.G. is vacated. The matter is remanded for a new hearing on the termination petition.